IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR -6 A 11: 59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

    Plaintiffs,

vs.

Marsha Parrish,

    Defendant.

Civil Action No.: 2:07cv202/A

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     There are no entities to be reported.

-or-

☑     Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between SR/MDM Venture Inc. and Maverick Partner Inc. Maverick Partner Inc. is a wholly-owned subsidiary of SR/MDM Venture Inc. SR/MDM Venture Inc. is a wholly-owned subsidiary of WBR/Sire Ventures Inc., which is a wholly-owned subsidiary of Warner Bros. Records Inc., which is a wholly-owned subsidiary of WMG Acquisition Corp., which is a wholly-owned subsidiary of WMG Holdings Corp., which is a wholly-owned subsidiary of parent corporation, Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff WARNER BROS. RECORDS INC. is a wholly-owned subsidiary of WMG Acquisition Corp., which is a wholly-owned subsidiary of WMG Holdings Corp., which is a wholly-owned subsidiary of Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

DATED: March 6, 2007

Respectfully submitted,

*Kelly J. Pate*
Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014))
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

Counsel For Capitol Records, Inc., Virgin Records America, Inc., Maverick Recording Company, BMG Music, Warner Bros. Records Inc., UMG Recordings, Inc., And Sony BMG Music Entertainment