https://www.abclegal.com - Declaration of Service                                    Page 1 of 1

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL., | Hearing Date: |
| | CAUSE NO: **2:07CV202-WHA** |
| Plaintiff/Petitioner | DECLARATION OF SERVICE OF: NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE/ CONFLICT DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |
| vs. MARSHA PARRISH | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of March, 2007, at 7:30 AM**, at the address of **3347 ALBANS Lane, MONTGOMERY, Montgomery County, AL 36111**; this declarant served the above described documents upon **MARSHA PARRISH**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MARSHA PARRISH, NAMED DEFENDANT, A white female approx. 45-55 years of age 5'6"-5'8" in height weighing 120-140 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Alabama** that the statement above is true and correct.

DATED this **14th day of March, 2007**

_/s/ Glenn McDaniel_
**Glenn McDaniel**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4248934**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE    Case: 2:07CV202-WHA

DATE: 03/14/2007

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (PRINT)  Glenn McDaniel    TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

[X]  Served personally upon the defendant. Place where served: __3347 Albans Ln Montgomery, Alabama__

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

   Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____

[ ]  Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL            SERVICES                                TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:  03/14/2007         _[signature]_
                Dated              Signature of Server

ABC Legal
633 Yesler Way Seattle, WA 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CAPITOL RECORDS, INC., A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>MARSHA PARRISH<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **2:07CV202-WHA**<br><br>DECLARATION OF SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE/ CONFLICT DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of March, 2007, at 7:30 AM**, at the address of **3347 ALBANS Lane, MONTGOMERY, Montgomery** County, **AL 36111**; this declarant served the above described documents upon **MARSHA PARRISH,** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **MARSHA PARRISH, NAMED DEFENDANT, A white female approx. 45-55 years of age 5'6"-5'8" in height weighing 120-140 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Alabama** that the statement above is true and correct.

DATED this **14th day of March, 2007**.

_Glenn McDaniel_

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4248934**

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**     Case: 2:07CV202-WHA

DATE: 03/14/2007

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (*PRINT*)   Glenn McDaniel     TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒   Served personally upon the defendant. Place where served:   3347 Albans Ln Montgomery, Alabama

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☐   Other (*specify*): _____

**STATEMENT OF SERVICE FEES**

TRAVEL               SERVICES               TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:   03/14/2007      *[signature]*
                Dated           Signature of Server

ABC Legal.
633 Yesler Way Seattle, WA 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.