IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, <br><br>        Plaintiffs, <br><br>vs. <br><br>MARSHA PARRISH, <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 2:07-CV-00202-WHA |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs CAPITOL RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/her own fees and costs.

The Clerk of Court is respectfully requested to close this case.

Respectfully submitted this the 25th day of June, 2007.

>s/Joseph Seawell Moore
>Dorman Walker (WAL086)
>Kelly F. Pate (FIT014)
>Joseph Seawell Moore (MOO106)
>BALCH & BINGHAM LLP
>105 Tallapoosa St., Suite 200
>P.O. Box 78 (36101-0078)
>Montgomery, Alabama 36104
>Telephone: (334) 269-3130
>Fax: (334) 313-6056
>
>ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 25th day of June, 2007:

Marsha Parrish
3347 Albans Lane
Montgomery, AL 36111

>s/Joseph Seawell Moore
>Of Counsel

182215.1