**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 26, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Capitol Records, Inc. et al v. Marsha Parrish
      Civil Action No. #2:07-cv-00202-WHA

Pursuant to the Notice of Dismissal filed by the Plaintiffs on 6/26/2007, this case has been closed and removed from the docket of this court.